IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00329-CV

 

Margaret Meece, Patrick Meece

and Marrgaret Hiebeler,

                                                                                    Appellants

 v.

 

OCC Construction Corporation,

                                                                                    Appellee

 

 

 



From the 361st District
Court

Brazos County, Texas

Trial Court No. 03-001642-CV-361

 



MEMORANDUM  Opinion



 

The parties have filed a “Joint Motion
to Dismiss Appeal.”  See Tex. R.
App. P. 42.1(a)(1).  It states that they have settled all claims and
requests dismissal of this appeal with prejudice.  

Dismissal of this appeal would not
prevent a party from seeking relief to which it would otherwise be entitled. 
The motion is granted, and the appeal is dismissed.








REX D. DAVIS

Justice

 

 

Before Chief
Justice Gray,

            Justice
Reyna, and 

Justice
Davis

Motion granted;
appeal dismissed

Opinion delivered
and filed April 28, 2010

[CV06]